1  MARILYN H. RIDDERVOLD (SBN. 263219)
   2500 Dean Lesher Drive, Suite A
2  Concord, CA 94520
   Telephone: (925) 689-1200
3  Facsimile: (925) 689-1263
   mriddervold@wordtechsystems.com
4
   Attorney for Plaintiff,
5  WORDTECH SYSTEMS, INC.

6  RICHARD ESTY PETERSON (SBN. 41013)
   Patent Attorney
7  537 Valley Street
   San Francisco, CA 94131
8  Telephone: (650) 557-5708
   sfreptile@mac.com
9
   Attorney for Plaintiff,
10 QUINTAL RESEARCH GROUP, INC.

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  WORDTECH SYSTEMS, INC., a California corporation, and QUINTAL RESEARCH GROUP, INC., a California corporation, | Case No.:   11-CV-3771 |
| 17 | |
| 18       Plaintiff, | **STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER PLAINTIFFS' COMPLAINT; REQUEST FOR AN ORDER CHANGING TIME [L.R. 6-1(b); L.R. 6-2]** |
| 19  v. | |
| 20  LEAPFROG ENTERPRISES, INC., a Delaware corporation doing business in California and Does 1-50, | |
| 21 | **JUDGE:  Hon. Maria-Elena James** |
| 22       Defendants. | COMPLAINT FILED:  August 1, 2011 |

23
24
25
26
27
28

Stipulation To Extend Defendant's Time To Answer Plaintiffs' Complaint; Request For An Order Changing Time [L.R. 6-2; L.R. 6-3]

Wordtech Systems Inc. et al. v. Leapfrog Enterprises, Inc.
1 of 3

WORDTECH SYSTEMS, INC.

Pursuant to Civil Local Rule 6-1(b), plaintiffs Wordtech Systems, Inc. and Quintal Research Group, Inc. (collectively, "Plaintiffs") and defendant Leapfrog Enterprises, Inc. ("Leapfrog") (collectively, "the Parties") hereby stipulate that Leapfrog shall answer or otherwise respond to Plaintiffs' complaint filed on August 1, 2011 by November 7, 2011, inclusive.  The Parties hereby request an order under Civil Local Rule 6-2 to continue all deadlines set forth in the August 1, 2011 Order Setting Initial Case Management Conference And ADR Deadlines.  The purpose of the stipulation to extend time is to allow sufficient time for in-person conferences between the Parties' principals and to allow good faith discussions regarding settlement.  Leapfrog is currently at the end of its third quarter, which limits its principal's availability for these discussions.  There have been no previous time modifications in this case.

RESPECTFULLY SUBMITTED,

Dated:  September 20, 2011

 /s/ Marilyn H. Riddervold_____
Marilyn H. Riddervold,
*Attorney for Plaintiff*,
WORDTECH SYSTEMS, INC

Dated:  September 20, 2011

 /s/ Richard Esty Peterson_____
Richard Esty Peterson,
*Attorney for Plaintiff*,
QUINTAL RESEARCH GROUP, INC.

Dated:  September 20, 2011

 /s/  Robert Artuz_____
Robert Artuz,
*Attorney for Defendant*,
LEAPFROG ENTERPRISES, INC.

CERTIFICATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order 45X.B., I attest that the above signatories for Leapfrog Enterprises, Inc. and Quintal Research Group, Inc. have concurred and consented to the filing of this document.

Dated: September 20, 2011

  /s/ Marilyn H. Riddervold_____
Marilyn H. Riddervold,
*Attorney for Plaintiff*,
WORDTECH SYSTEMS, INC.

Stipulation To Extend Defendant's Time To Answer Plaintiffs' Complaint; Request For An Order Changing Time [L.R. 6-2; L.R. 6-3]

Wordtech Systems Inc. et al. v. Leapfrog Enterprises, Inc.
2 of 3

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT defendant Leapfrog Enterprises, Inc. shall answer or otherwise respond to Plaintiffs' complaint filed on August 1, 2011 by November 7, 2011, inclusive.

IT IS FURTHER ORDERED THAT all dates in the August 1, 2011 Order Setting Initial Case Management Conference And ADR Deadlines are hereby continued.

IT IS SO ORDERED.

Dated: September 22, 2011

**HON. MARIA-ELENA JAMES**
**MAGISTRATE JUDGE,**
**UNITED STATES DISTRICT COURT**

The Case Management Conference is continued to January 12, 2012 at 10:00 a.m. in Courtroom B. All case management and ADR deadlines are adjusted accordingly.

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Stipulation To Extend Defendant's Time To Answer Plaintiffs' Complaint; Request For An Order Changing Time [L.R. 6-2; L.R. 6-3]

Wordtech Systems Inc. et al. v. Leapfrog Enterprises, Inc.
3 of 3