**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   WORDTECH SYSTEMS,                        No. C 11-03771 WHA
11            Plaintiff,
12      v.                                     **NOTICE CONFIRMING
                                               FEBRUARY 9 HEARING
13   LEAPFROG ENTERPRISES,                     DATE**
14            Defendant.
15   _____ /
16        The conference scheduled for February 9 is confirmed and will not be rescheduled.
17
18        **IT IS SO ORDERED.**
19
20   Dated:   February 6, 2012.
21                                             _____
                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28