MARILYN H. RIDDERVOLD (SBN 263219)
2500 Dean Lesher Drive, Suite A
Concord, CA 94520
Telephone: (925) 689-1200
Facsimile: (925) 689-1263
Email: mriddervold@wordtechsystems.com

Attorney for Plaintiff and Counterdefendant,
WORDTECH SYSTEMS INC.

RICHARD ESTY PETERSON (SBN 41013)
Patent Attorney
537 Valley Street
San Francisco, CA 94131
Telephone: (415) 826-3921
Email: sfreptile@mac.com

Attorney for Plaintiff and Counterdefendant,
QUINTAL RESEARCH GROUP, INC.

KILPATRICK TOWNSEND & STOCKTON LLP
ROBERT J. ARTUZ (SBN 227789)
G. ROSS ALLEN (SBN 262968)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: rartuz@kilpatricktownsend.com
        grallen@kilpatricktownsend.com

Attorneys for Defendant and Counterclaimant
LEAPFROG ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WORDTECH SYSTEMS INC. and QUINTAL RESEARCH GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LEAPFROG ENTERPRISES, INC., a Delaware corporation doing business in California and Does 1-50,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 11-cv-3771-WHA<br><br>[~~PROPOSED~~] ORDER RE: SCHEDULE FOR CLAIM CONSTRUCTION<br><br>JUDGE: HON. WILLIAM ALSUP<br><br>ACTION FILED: AUGUST 1, 2011<br>TRIAL DATE: NONE |

Pursuant to the Court's Case Management Order And Reference To Magistrate Judge For Mediation/Settlement (Dckt No. 34), plaintiffs Wordtech System, Inc. and Quintal Research Group, Inc., and defendant Leapfrog Enterprises, Inc. propose the following claim construction schedule.

| Event/Filing | Date | Rule |
|---|---|---|
| Last day for Defendant to serve its preliminary invalidity contentions and produce documents | May 1, 2012 | Established by the Court Patent L.R. 3-3; 3-4 |
| Last day for parties to exchange proposed terms and claim elements for construction | May 15, 2012 | Patent L.R. 4-1 |
| Last day for parties to exchange preliminary claim constructions and extrinsic evidence | June 5, 2012 | Patent L.R. 4-2 |
| Last day for parties to file Joint Claim Construction And Prehearing Statement | June 27, 2012 | Patent L.R. 4-3 |
| Last day to complete claim construction discovery | July 27, 2012 | Patent L.R. 4-4 |
| The parties to simultaneously serve claim construction briefs | August 10, 2012 | Patent L.R. 4-5(a); Agreement by the parties |
| The parties to simultaneously serve responsive claim construction briefs | August 24, 2012 | Patent L.R. 4-5(b); Agreement by the parties |
| No reply briefs except with leave of the Court. | | Patent L.R. 4-5(c); Agreement by the parties |
| Claim Construction Tutorial | September 12, 2012 | Established by the Court |
| Claim Construction Hearing | September 26, 2012 | Established by the Court |

RESPECTFULLY SUBMITTED BY:

DATE:   February 29, 2012

*/s/ Marilyn H. Riddervold*_____
Marilyn H. Riddervold
Attorney for Plaintiff,
WORDTECH SYSTEMS, INC.

DATE:   February 29, 2012

*/s/ Richard Esty Peterson*_____
Richard Esty Peterson
Attorney for Plaintiffs,
QUINTAL RESEARCH GROUP, INC.

DATE:   February 29, 2012

*/s/ Robert J. Artuz*_____
Robert J. Artuz
Attorney for Defendant,
LEAPFROG ENTERPRISES, INC.

General Order 45 Attestation of Signatures

I, Marilyn H. Riddervold, as the ECF user and filer of this document attest that the concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures.

*/s/ Marilyn H. Riddervold*
Marilyn H. Riddervold
Attorney for Plaintiff,
WORDTECH SYSTEMS, INC.

IT IS SO ORDERED.

Dated: March 2, 2012.

William Alsup
United States District Judge